**2006–1999. State ex rel. Piesciuk v. Young.**
In Mandamus and Prohibition. On respondents' motion to dismiss and relator's motion for issuance of

peremptory writ. Motion to dismiss granted. Motion for issuance of peremptory writ denied. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.